# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Raytheon Missile Systems | ) ASBCA No. 59434 |
| | ) |
| Under Contract No. F08635-03-C-0002 | ) |

APPEARANCES FOR THE APPELLANT:
  Steven M. Masiello, Esq.
  Kelly P. Garehime, Esq.
  Kayla C. Smith, Esq.
    McKenna Long & Aldridge LLP
    Denver, CO

APPEARANCES FOR THE GOVERNMENT:
  E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
  Carol L. Matsunaga, Esq.
    Senior Trial Attorney
  Srikanti Schaffner, Esq.
    Trial Attorney
    Defense Contract Management Agency
    Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59434, Appeal of Raytheon Missile Systems, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals